David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

----------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| GULF UNION INSURANCE & RISK MANAGEMENT CO. (E.C.) | : ECF CASE |
| | : 07 Civ. 5875 (KMK) |
| Plaintiff, | |
| | : **COMPLAINT** |
| - against - | : |
| INDOTRANS; THE CHINA NAVIGATION CO., LTD. d/b/a INDOTRANS; THE CHINA NAVIGATION CO., INC. d/b/a INDOTRANS; M/V "INDOTRANS JAVA"; M/V "INDOTRANS FLORES"; M/V "INDOTRANS CELEBES", M/V "PACIFIC MAKASSAR", their engines, tackles, boilers, etc. | : : : : |
| Defendants. | : |

----------------------------------------------------------------x

Plaintiff, through its undersigned attorney, alleges as follows for its complaint against defendants:

1.    This action involves admiralty and maritime claims within the meaning of Rule 9(h) with respect to the carriage of the subject cargo by sea and falls within the Court's pendent, ancillary, and supplemental jurisdiction as to the remaining aspects of the claim. Plaintiff seeks recovery for cargo loss and damage caused by defendants' breaches of contract and torts.

2.    Plaintiff Gulf Union Insurance & Risk Management Co. (E.C.) is a corporation organized under the laws of a foreign sovereign and sues herein as the

subrogated insurer of the shipments in suit, having paid the insurance claims of Omar Kassem Alesayi Marketing Co. Ltd. This action is also brought by and on behalf of the shippers, consignees, and owners of the cargo, as their interests may appears.

3. Defendants The China Navigation Co. Ltd. and The China Navigation Co. Inc., both doing business as Indotrans, are believed to be corporations organized under the laws of foreign sovereigns.

4. This Court has jurisdiction over the *in personam* defendants, who conduct business in the State of New York and the United States as a whole within the meaning of pursuant to Rule 4(k)(2) Federal Rules of Civil Procedure as common carriers of cargo for hire. In additional defendants' bills of lading include a Southern District of New York forum selection clause.

5. Upon information and belief the captioned vessels are now, or will be during the pendency of this action, within the admiralty and maritime jurisdiction of this Honorable Court or are otherwise subject to jurisdiction pursuant to Rule 4(k) (2) Federal Rules of Civil Procedure, and were at all material times owned, chartered, hired, managed or otherwise operated by the *in personam* defendants.

6. This action involves nondelivery, shortage, loss and damage to shipments of rice carried aboard the above-mentioned vessels which are described more fully in Indotrans bills of lading listed in the annexed Schedule A, B, C, D and E which are incorporated herein by reference.

7. The aforesaid loss, and damage was caused by defendants' (a) reckless and negligent failure to properly load, stow, carry, care for and deliver the subject cargo; (b) the unseaworthiness of the carrying vessels; (c) defendants' fundamental breaches of,

and material deviations from, the governing carriage contract; and (d) defendants' failure to take adequate and proper steps to mitigate the loss after the initial damage occurred.

8. As a result of the aforesaid, defendants are liable to plaintiff as common carriers, bailees and/or warehousemen for hire for damages in the amount of $53,519.11.

9. Plaintiff sues on its own behalf and as agents and trustees for and on behalf of anyone else who may now have or hereafter acquire an interest in this action.

WHEREFORE, plaintiff demand judgment against the captioned defendants jointly and severally in the amount of $53,519.11, in addition to interest at the rate of 9% per annum and the costs of this action, and request that the Court issue its process against the aforesaid vessels in rem.

Dated:  New York, New York
        June 20, 2007

                                    Law Offices,
                                    DAVID L. MAZAROLI

                                    s/David L. Mazaroli
                                    _____
                                    David L. Mazaroli (DM3929)
                                    Attorney for Plaintiff
                                    11 Park Place - Suite 1214
                                    New York, New York 10007
                                    Tel: (212) 267-8480
                                    Fax: (212) 732-7352
                                    File Nos.: 7K-1496, 7K-1498, 7K-1499
                                             7K-1500 and 7K-1519

# SCHEDULE A

| | |
|---|---|
| Insurer: | Gulf Union Insurance & Risk Management Co. (E.C.) |
| Shipper: | American Rice Inc. |
| Consignee: | Omar Kassem Alesayi Marketing Co. Ltd. |
| Vessel: | M/V "INDOTRANS CELEBES" |
| Voyage: | CE023S |
| B/L No: | INDOUSFEP7001303 |
| Dated: | August 30, 2006 |
| Port of Loading: | Freeport, Texas |
| Port of Discharge: | Jeddah, Saudi Arabia |
| Commodity: | 96,000 (48,000 + 48,000) bags of rice |
| Claim Amount: | $18,686.13 |
| CRE File: | 1095/GUIJ/021006 |
| DLM File: | 7K-1496 |

## **SCHEDULE B**

| | |
|---|---|
| Insurer: | Gulf Union Insurance & Risk Management Co. (E.C.) |
| Shipper: | American Rice Inc. |
| Consignee: | Omar Kassem Alesayi Marketing Co. Ltd. |
| Vessel: | M/V "INDOTRANS FLORES" |
| Voyage: | FL023E |
| B/L No: | INDOCUSFEP7001205 |
| Dated: | July 21, 2006 |
| Port of Loading: | Freeport, Texas |
| Port of Discharge: | Jeddah, Saudi Arabia |
| Commodity: | 96,000 ( 48,000 + 48,000 ) bags of rice |
| Claim Amount: | $15,413.22 |
| CRE File: | 1089/GUIJ/230807 |
| DLM File: | 7K-1498 |

## SCHEDULE C

| | |
|---|---|
| Insurer: | Gulf Union Insurance & Risk Management Co. (E.C.) |
| Shipper: | American Rice Inc. |
| Consignee: | Omar Kassem Alesayi Marketing Co. Ltd. |
| Vessel: | M/V "INDOTRANS JAVA" |
| Voyage: | JA023E |
| B/L No: | INDOCUSFEP7001099 |
| Dated: | June 20, 2006 |
| Port of Loading: | Freeport, Texas |
| Port of Discharge: | Gizan, Saudi Arabia |
| Commodity: | 48,000 (24,000 + 24,000) bags of rice |
| Claim Amount: | $10,342.58 |
| CRE File: | 1083/GUIJ/260706 |
| DLM File: | 7K-1499 |

# SCHEDULE D

| | |
|---|---|
| Insurer: | Gulf Union Insurance & Risk Management Co. (E.C.) |
| Shipper: | American Rice Inc. |
| Consignee: | Omar Kassem Alesayi Marketing Co. Ltd. |
| Vessel: | M/V "INDOTRANS FLORES" |
| Voyage: | FL023E |
| B/L No: | INDOCUSFEP7001206 |
| Dated: | July 21, 2006 |
| Port of Loading: | Freeport, Texas |
| Port of Discharge: | Jeddah, Saudi Arabia |
| Commodity: | 25,980 cartons of rice |
| Claim Amount: | $5,252.40 |
| CRE File: | 1090/GUIJ/230806 |
| DLM File: | 7K-1500 |

# **SCHEDULE E**

| | |
|---|---|
| Insurer: | Gulf Union Insurance & Risk Management Co. (E.C.) |
| Shipper: | American Rice Inc. |
| Consignee: | Omar Kassem Alesayi Marketing Co. Ltd. |
| Vessel: | M/V "PACIFIC MAKASSAR" |
| Voyage: | QM023S |
| B/L No: | INDOCUSHOU7001498 |
| Dated: | October 15, 206 |
| Port of Loading: | Freeport, Texas |
| Port of Discharge: | Jeddah, Saudi Arabia |
| Commodity: | 25,032 bags of rice |
| Claim Amount: | $3,824.78 |
| CRE File: | 1181/GUIJ211106 |
| DLM File: | 7K-1519 |