David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

-------------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| GULF UNION INSURANCE & RISK MANAGEMENT CO. (E.C.) : | |
| : | |
| Plaintiff, : | |
| : | 07 Civ. 5875 (KMK) |
| - against - | **ECF CASE** |
| : | |
| INDOTRANS; THE CHINA NAVIGATION CO., LTD. d/b/a INDOTRANS; *et al.* : | **RULE 7.1** **DISCLOSURE STATEMENT** |
| Defendants. : | |

-------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

None

Date:   New York, New York    *s/David L. Mazaroli*
       June 18, 2007    _____
                                 David L. Mazaroli (DM 3929)
                                 Attorney for Plaintiff
                                 11 Park Place - Suite 1214
                                 New York, New York 10007
                                 Tel.: (212)267-8480
                                 Fax.: (212)732-7352
                                 E-mail: dlm@mazarolilaw.com
                                 File Nos.: 7K-1496, etc.