LM REFS: 7K-1496, 7K-1498-7K-1500 & 7K-1519

MAZAROLI
AUG 8 2007
LAW OFFICE

WAIVER OF SERVICE OF SUMMONS

D:  David L. Mazaroli, Attorney for Plaintiff

    I acknowledge receipt of your request that I waive
service of a summons in the action of **GULF UNION INSURANCE &
RISK MNAGEMENT CO. (E.C.) v. INDOTRANS.** which is case number
7 CIV. 5875 (KMK) in the United States District Court for
the Southern District of New York.  I have also received a
copy of the complaint in the action, two copies of this
instrument, and a means by which I can return the signed
waiver to you without costs to me.

    I agree to save the cost of service of a summons and an
additional copy of the complaint in this lawsuit by not
requiring that I (or the entity on whose behalf I am acting)
be served with judicial process in the manner provided by
Rule 4.

    I (or the entity on whose behalf I am acting) will
retain all defenses or objections to the lawsuit or to the
jurisdiction or venue of the court except for objections
based on a defect in the summons or in the service of the
summons.

    I understand that a judgment may be entered against me
(or the party on whose behalf I am acting) if an answer or
motion under Rule 12 is not served upon you within 60 days
after **July 16, 2007,** or within 90 days after that date if
the request was sent outside the United States.

                          Indotrans, The China Navigation
                          Co., Ltd. d/b/a Indotrans The
                          China Navigation Co., Inc. d/b/a
                          Indotrans
                          392 Main Street
                          Wyckoff, New Jersey 07481

_8/7/07_
ate

Signed: _Kirk M Lyons_
Name:   Kirk M. Lyons
Title:  Attorney-in-Fact
Company: for Defendants