LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400
Attorneys for Defendants
THE CHINA NAVIGATION CO. LTD. and INDOTRANS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GULF UNION INSURANCE & RISK
MANAGEMENT CO. (E.C.),

                ECF CASE

           Plaintiff,

      - against -                         07 CV 5875 (KMK)

INDOTRANS; THE CHINA NAVIGATION
CO., LTD. d/b/a INDOTRANS; THE
CHINA NAVIGATION CO., INC.
d/b/a INDOTRANS; M/V "INDOTRANS
JAVA"; M/V "INDOTRANS FLORES"; M/V
"INDOTRANS CELEBES", M/V "PACIFIC
MAKASSAR", their engines, tackles, boilers,       RULE 7.1
etc.,                                                                 DISCLOSURE STATEMENT

           Defendants.
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for defendants THE CHINA NAVIGATION CO. LTD. and INDOTRANS, certifies upon information and belief that said defendants are not publicly held corporations in the United States and that there are no corporate parents, subsidiaries, or affiliates of defendants which are otherwise publicly held in the United States.

Dated: October 25, 2007

                                       LYONS & FLOOD, LLP
                                       Attorneys for Defendants
                                       THE CHINA NAVIGATION CO. LTD. and INDOTRANS

                 By: _____
                           Edward P. Flood (EPF-5797)
                           65 West 36th Street, 7th Floor
                           New York, New York 10018
                           (212) 594-2400