UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**GULF UNION INSURANCE & RISK MANAGEMENT CO. (E.C.)**
**Plaintiff.**

-v-

**INDOTRANS, ET AL**
**Defendants.**

Case No. 07-CV-05875(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Freeman on for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement* -the parties request a conference at the end of January, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.
**SO ORDERED**.
DATED:   New York, New York
         12/5/07

RICHARD J. SULLIVAN
United States District Judge