03/17/2008 10:33 FAX 212 591 1580        LYONS FLOOD                              ☒002

David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place   Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GULF UNION INSURANCE & RISK
MANAGEMENT CO. (E.C.)

                          Plaintiff,

    - against -

INDOTRANS; THE CHINA NAVIGATION
CO., LTD. d/b/a INDOTRANS; THE
CHINA NAVIGATION CO., INC.
d/b/a INDOTRANS; M/V "INDOTRANS
JAVA"; M/V "INDOTRANS FLORES"; M/V
"INDOTRANS CELEBES", M/V "PACIFIC
MAKASSAR", their engines, tackles, etc.

                    Defendants.
----------------------------------------X

07 Civ. 5875 (RJS) (DCF)

**STIPULATION & ORDER
OF DISCONTINUANCE**

A settlement agreement having been reached, it is hereby stipulated and agreed that this action is discontinued as to all parties pursuant to Rule 41 (a) (1)(ii) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

It is further stipulated and agreed that, if the settlement funds are not paid by defendants within sixty (60) days of the entry of this order, this action will be restored to the active docket of this Court upon letter application of plaintiff's counsel.

Dated: New York, New York
        March 17, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

07 Civ. 5875 (RJS) (DCF)
Stipulation & Order
of Discontinuance
Page 2

LAW OFFICES,
DAVID L. MAZAROLI

*/s/ David L. Mazaroli*
David L. Mazaroli (DM 3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File Nos.: 7K-1496, 7K-1498-1500
and 7K-1519

Lyons & Flood, LLP
Attorneys for Defendants
INDOTRANS; THE CHINA NAVIGATION
CO., LTD. d/b/a INDOTRANS
THE CHINA NAVIGATION CO., INC.
d/b/a INDOTRANS

By: */s/ Edward P. Flood*
Edward P. Flood (EPF-5797)
63 West 36th Street, 7th Floor
New York, New York 10018
Tel.: (212)594-2400